**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDNER ESCARNE,**<br><br>Defendant. | **GRAND JURY ORIGINAL**<br><br>**CRIMINAL NO.** _____<br><br>**VIOLATIONS:**<br><br>**COUNTS 1-4:**<br>26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax)<br><br>**COUNTS 5-9:**<br>26 U.S.C. § 7203 (Willful Failure to File Return, Supply Information, or Pay Tax) |

## INDICTMENT

The Grand Jury for the District of Columbia charges that, at all times material to this Indictment, on or about the dates and times stated herein:

### Background

1.     At all times relevant to this Indictment, EDNER ESCARNE ("ESCARNE") was a resident of the District of Columbia.

2.     From at least November 2017 through January 2025, ESCARNE was the Director of Talent Acquisition, a management-level position, at the U.S. Department of Treasury, Office of the Comptroller of the Currency ("OCC").

3.     The OCC was an independent bureau of the U.S. Department of Treasury that chartered, regulated, and supervised all national banks, federal savings associations, and federal branches and agencies of foreign banks.  ESCARNE worked at the OCC headquarters located at 400 7th Street, Southwest, Washington, D.C., 20219.

Employment and Income

4.      The Internal Revenue Service ("IRS"), an agency of the United States Department of Treasury, was responsible for administering the federal revenue laws and regulations including the ascertainment, computation, assessment, and collection of income taxes owed to the United States.

5.      Every employer engaged in a trade or business who pays remuneration for services performed by an employee must file an IRS Form W-2, Wage and Tax Statement ("Form W-2"). That form was used to report wages an employee earned during the prior year, as well as any taxes their employer withheld.

6.      An IRS Form W-4, Withholding Allowance Certificate ("Form W-4"), was a form signed under penalty of perjury by a taxpayer to inform his employer of the amount of federal income tax to withhold from the taxpayer's wages, and it allowed a taxpayer to claim exemption from wage withholding upon meeting certain conditions.

7.      During each of the years from 2019 through 2023, ESCARNE received an annual income from the OCC. Specifically, ESCARNE received the following salary in the approximate amounts:

| Year | Approximate Total Salary |
|------|--------------------------|
| 2019 | $183,768.53 |
| 2020 | $189,696.18 |
| 2021 | $204,444.99 |
| 2022 | $214,607.90 |
| 2023 | $231,572.00 |

2

8. On or about the dates below, ESCARNE submitted and caused to be submitted and maintained and caused to be maintained on file with the OCC, false Forms W-4, including but not limited to the following:

| Approximate Date False Form W-4 Submitted |
| --- |
| January 30, 2019 |
| January 15, 2020 |
| November 8, 2021 |
| March 2, 2022 |

9. On these Forms W-4, ESCARNE falsely claimed that he was exempt from federal income tax withholding when, in fact, he was not entitled to claim exempt status. By claiming exempt status, ESCARNE caused the OCC to withhold little or no federal income taxes from his wages for the years 2019 through 2022.

Tax Returns

10. United States taxpayers who had income more than a certain amount were obligated to file an individual income tax return with the IRS.

11. During the time he worked at the OCC, ESCARNE was a United States citizen with an obligation to file federal income tax returns and to pay federal income tax.

12. IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by United States taxpayers to file individual income tax returns.

13. For all relevant tax years because ESCARNE was employed and receiving an annual income greater than $164,000, ESCARNE should have filed a Form 1040 on the following dates or requested an extension to late file:

3

| Tax Year | Return Due Date |
|----------|-----------------|
| 2019 | July 15, 2020 |
| 2020 | May 17, 2021 |
| 2021 | April 18, 2022 |
| 2022 | April 18, 2023 |
| 2023 | October 15, 2024 |

14.    ESCARNE did not file his taxes on the above-referenced return due dates.

**COUNT ONE**
**(Tax Evasion for Year 2019)**

15.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

16.    During the 2019 calendar year, ESCARNE received taxable income, upon which there was a substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before July 15, 2020, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, ESCARNE willfully attempted to evade and defeat income tax due and owing by him to the United States, for the calendar year 2019, by among other affirmative acts, submitting and causing to be submitted and maintaining and causing to be maintained on file with his employer a Form W-4 on which he falsely claimed he was exempt from federal income tax withholding.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201)**

## COUNT TWO
### (Tax Evasion for Year 2020)

17.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

18.    During the 2020 calendar year, ESCARNE received taxable income, upon which there was a substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before May 17, 2021, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, ESCARNE willfully attempted to evade and defeat income tax due and owing by him to the United States, for the calendar year 2020, by among other affirmative acts, submitting and causing to be submitted and maintaining and causing to be maintained on file with his employer a Form W-4 on which he falsely claimed he was exempt from federal income tax withholding.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201)**

## COUNT THREE
### (Tax Evasion for Year 2021)

19.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

20.    During the 2021 calendar year, ESCARNE received taxable income, upon which there was a substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2022, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, ESCARNE willfully attempted to evade and defeat income tax due and owing by him to the United States, for the calendar year 2021, by among other affirmative acts,

5

submitting and causing to be submitted and maintaining and causing to be maintained on file with his employer a Form W-4 on which he falsely claimed he was exempt from federal income tax withholding.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201)**

### COUNT FOUR
**(Tax Evasion for Year 2022)**

21.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

22.    During the 2022 calendar year, ESCARNE received taxable income, upon which there was a substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2023, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, ESCARNE willfully attempted to evade and defeat income tax due and owing by him to the United States, for the calendar year 2022, by among other affirmative acts, submitting and causing to be submitted and maintaining and causing to be maintained on file with his employer a Form W-4 on which he falsely claimed he was exempt from federal income tax withholding.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201)**

### COUNT FIVE
**(Willful Failure to File an Income Tax Return for 2019)**

23.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

24.    During the calendar year 2019, ESCARNE had and received gross income in excess of the applicable IRS amount ($24,400 for married, filing jointly or $5 for married, filing

separately). By reason of such gross income, ESCARNE was required by law, following the close of calendar year 2019, and on or before July 15, 2020, to make an income tax return to the Internal Revenue Service, stating specifically the items of ESCARNE's gross income and any deductions and credits to which ESCARNE was entitled. Knowing and believing all of the foregoing, ESCARNE did willfully fail, on or about July 15, 2020, in the District of Columbia and elsewhere, to make an income tax return.

**(Willful Failure to File Return, Supply Information,
or Pay Tax, in violation of 26 U.S.C. § 7203)**

## COUNT SIX
**(Willful Failure to File an Income Tax Return for 2020)**

25.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

26.    During the calendar year 2020, ESCARNE had and received gross income in excess of the applicable IRS amount ($24,800 for married, filing jointly or $5 for married, filing separately). By reason of such gross income, ESCARNE was required by law, following the close of calendar year 2020, and on or before May 17, 2021, to make an income tax return to the Internal Revenue Service, stating specifically the items of ESCARNE's gross income and any deductions and credits to which ESCARNE was entitled. Knowing and believing all of the foregoing, ESCARNE did willfully fail, on or about May 17, 2021, in the District of Columbia and elsewhere, to make an income tax return.

**(Willful Failure to File Return, Supply Information,
or Pay Tax, in violation of 26 U.S.C. § 7203)**

7

## COUNT SEVEN
### (Willful Failure to File an Income Tax Return
### for 2021)

27.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

28.    During the calendar year 2021, ESCARNE had and received gross income in excess of the applicable IRS amount ($25,100 for married, filing jointly or $5 for married, filing separately). By reason of such gross income, ESCARNE was required by law, following the close of calendar year 2020, and on or before April 18, 2022, to make an income tax return to the Internal Revenue Service, stating specifically the items of ESCARNE's gross income and any deductions and credits to which ESCARNE was entitled. Knowing and believing all of the foregoing, ESCARNE did willfully fail, on or about April 18, 2022, in the District of Columbia and elsewhere, to make an income tax return.

### (Willful Failure to File Return, Supply Information,
### or Pay Tax, in violation of 26 U.S.C. § 7203)

## COUNT EIGHT
### (Willful Failure to File an Income Tax Return for 2022)

29.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

30.    During the calendar year 2022, ESCARNE had and received gross income in excess of the applicable IRS amount ($25,900 for married, filing jointly or $5 for married, filing separately). By reason of such gross income, ESCARNE was required by law, following the close of calendar year 2022, and on or before April 18, 2023, to make an income tax return to the Internal Revenue Service, stating specifically the items of ESCARNE's gross income and any deductions and credits to which ESCARNE was entitled. Knowing and believing all of the foregoing,

8

ESCARNE did willfully fail, on or about April 18, 2023, in the District of Columbia and elsewhere, to make an income tax return.

**(Willfull Failure to File Return, Supply Information,
or Pay Tax, in violation of 26 U.S.C. § 7203)**

## COUNT NINE
**(Willful Failure to File an Income Tax Return – 2023)**

31.    Paragraphs 1 through 14 are realleged and incorporated fully herein by reference.

32.    During the calendar year 2023, ESCARNE had and received gross income in excess of the applicable IRS amount ($27,700 for married, filing jointly or $5 for married, filing separately).  By reason of such gross income, ESCARNE was required by law, following the close of calendar year 2023, and on or before October 15, 2024, to make an income tax return to the Internal Revenue Service, stating specifically the items of ESCARNE's gross income and any deductions and credits to which ESCARNE was entitled.  Knowing and believing all of the foregoing, ESCARNE did willfully fail, on or about October 15, 2024, in the District of Columbia and elsewhere, to make an income tax return.

**(Willful Failure to File Return, Supply Information,
or Pay Tax, in violation of 26 U.S.C. § 7203)**

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY FOR
THE DISTRICT OF COLUMBIA

A TRUE BILL:

By:   _____

JOHN W. BORCHERT, CHIEF
FRAUD, PUBLIC CORRUPTION,
AND CIVILRIGHTS SECTION

_____
FOREPERSON
Date:

9